IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO


UNITED STATES OF AMERICA,

    Respondent/Plaintiff,

v.                                                      Civil No. 11-0780 JEC/RHS
                                                          Criminal No. 10-2976 JEC

HECTOR RAUL CASAS-ARROYOS,

    Petitioner/Defendant.

**ORDER ADOPTING MAGISTRATE JUDGE'S
PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

    THIS MATTER comes before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition [Doc. 9], filed December 12, 2011, which recommends dismissal of Petitioner Hector Raul Casas-Arroyos' Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside or Correct Sentence by a Person in Federal Custody [Doc. 1]. No objections have been filed and the time for filing objections has expired.

    The Court has made a *de novo* determination and agrees with the Magistrate Judge's Proposed Findings and Recommended Disposition, and will deny Casas-Arroyos's 28 U.S.C. § 2255 Motion, and dismiss this civil proceeding with prejudice.

    **IT IS HEREBY ORDERED** that the Proposed Findings and Recommended Disposition of the Magistrate Judge **[Doc. 9]** are adopted by the Court and Petitioner's Objections are hereby denied.

**IT IS FURTHER ORDERED** that the Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside or Correct Sentence by a Person in Federal Custody **[Doc. 1]** is **denied** and this civil proceeding is **dismissed with prejudice**.

SO ORDERED January 25, 2012.

_____
THE HONORABLE JOHN E. CONWAY
SENIOR UNITED STATES DISTRICT JUDGE